FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0284

_____

IN RE THE ESTATE OF ELDA MARBLE,

JERRY MARBLE, Personal Representative
for the Estate of Elda Marble,

      Plaintiff and Appellee,

  v.

O R D E R

DOREEN KING and JAMES D. KING,
a/k/a JIM KING,

      Defendants and Appellants.

_____

Pursuant to counsel for Appellee Estate of Marble's motion for extension to of time to file the response brief and good cause appearing,

IT IS HEREBY ORDERED that Appellee has until February 24, 2023, to file the response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023